BEFORE THE FIRST DIVISION, AUGUST 28, 1968

**No. P68/358.**—Williams Clarke Co. and Cal. Asia-Rattan Company et al. *v.* United States, protests 63/10031, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattan bar stool bases (articles No. 8102, 8107, 9102, 9107), similar in all material respects, except that the bar stool bases are not chairs, to the rattan side chair frames the subject of *Hurricane Import Co.* and *Wheeler & Miller* v. *United States* (58 Cust. Ct. 541, C.D. 3046), the claim of the plaintiffs was sustained.

**No. P68/359.**—S. Stern & Company *v.* United States, protest 64/17173 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of samples of foreign produced slipper socks valued at not over $1, imported to be used in the United States only for soliciting orders of such foreign made slipper socks under circumstances which are the same in all material respects as the circumstances related to the importation of the merchandise the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243) and *Italian Drugs Importing Co., Inc.* v. *United States* (46 Cust. Ct. 243, C.D. 2263), the claim of the plaintiff was sustained.

**No. P68/360.**—Morris Friedman *v.* United States, protests 61/6566, etc. (Philadelphia).

**No. P68/361.**—Morris Friedman *v.* United States, protests 63/15638, etc. (Philadelphia).

WATSON, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and that the items of merchandise marked "B" consist of maize or corn husk baskets similar in all material respects to those the subject of C.D. 2558, *supra*, and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiff were sustained.